**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RUSSELL YEAGER, ) | Case No. 2:13-cv-01358-MMD-PAL |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| JAMES G. COX, ) | |
| Defendant. ) | |

Plaintiff Russell Yeager is a prisoner proceeding in this action pro se. On July 31, 2013, he submitted a Notice of Appeal. *See* Receipt of Initiating Documents (Dkt. #1). This proceeding was referred to this court by Local Rule IB 1-9. Plaintiff did not pay the required filing fee of $400.00 or file an application to proceed in forma pauperis in compliance with 28 U.S.C. § 1915(a)(1) and (2) and Local Rules LSR 1-1 and 1-2.

Based on the foregoing,

**IT IS ORDERED** that:

1. Plaintiff shall file an Application to Proceed in Forma Pauperis, accompanied by a signed financial certificate and a statement from his inmate trust account for the previous six months.

2. The Clerk of the Court shall send Plaintiff a blank application form for pro se litigants who are incarcerated.

3. In the alternative, Plaintiff shall make the necessary arrangements to pay the filing fee of four hundred dollars, accompanied by a copy of this Order.

4. Plaintiff shall have until **November 18, 2013,** to comply.

///

5.     Failure to comply will result in a recommendation to the district judge for dismissal of this action.

Dated this 18th day of October, 2013.

                                                              _____
                                                               PEGGY A. LEEN
                                                                UNITED STATES MAGISTRATE JUDGE