1
2
3
4          UNITED STATES DISTRICT COURT
5              DISTRICT OF NEVADA
6                     * * *

7    RUSSELL YEAGER,                        Case No. 2:13-cv-01358-MMD-PAL

8                         Plaintiff,                ORDER

9           v.                              (Mtn to Appoint – Dkt. #2)
                                            (IFP App – Dkt. #4)
10   JAMES G. COX, et al.,

11                       Defendants.

12

13          This matter is before the court on Plaintiff Russell Yeager's Motion for Appointment of

14   Counsel (Dkt. #2) and Application to Proceed In Forma Pauperis.  Plaintiff is a former prisoner

15   proceeding in this action pro se.  Plaintiff has submitted the financial affidavit and inmate trust

16   account statement required by 28 U.S.C. § 1915(a)(2).  His request to proceed in forma pauperis

17   would ordinarily be granted pursuant to 28 U.S.C. § 1915(a).

18          However, Plaintiff has filed a "Notice of Appeal," which the court construes as a

19   complaint seeking judicial relief.  By this action, Plaintiff seeks to appeal an order entered July

20   23, 2013 in the Nevada Supreme Court denying his request for a re-hearing.  He asserts that he is

21   "appealing the final order of the Nevada Supreme Court to the next level of review."  *See* Notice

22   of Appeal (Dkt. #1).

23          As a general matter, federal courts are courts of limited jurisdiction and possess only that

24   power authorized by the Constitution and statute.  *See Rasul v. Bush*, 542 U.S. 466, 489 (2004).

25   Plaintiff has not alleged federal jurisdiction exists in this case.  No federal question jurisdiction

26   pursuant to 28 U.S.C. § 1331 exists.  Plaintiff has also not invoked the court's diversity

27   jurisdiction pursuant to 28 U.S.C. § 1332.  Plaintiff has not identified any statutory source to

28   support appellate jurisdiction in this court.  If Plaintiff wishes to have a higher court review the

decision by the Nevada Supreme Court, he must petition the United States Supreme Court to hear his case.  28 U.S.C. § 1257(a) provides that "[f]inal judgments . . . rendered by the highest court of a State in which a decision could be had, may be reviewed by the Supreme Court by writ of certiorari."  *Id*.  This court does not have appellate jurisdiction to review the Nevada Supreme Court's decision.

If the court grants Plaintiff's Application to Proceed In Forma Pauperis, Plaintiff will be required, under 28 U.S.C. § 1915(b)(2), as amended by the Prison Litigation Reform Act of 1995, to pay the full $350 filing fee, even if his complaint is dismissed.  As set forth above, the court does not have jurisdiction to grant the relief Plaintiff requests.  The court will allow Plaintiff thirty days to withdraw his Application to Proceed In Forma Pauperis.  If Plaintiff does not, the court will grant his Application to Proceed In Forma Pauperis, screen Plaintiff's motion/complaint, and order that he pay the $350 filing fee in accordance with 28 U.S.C. § 1915.

Additionally, the court will deny Plaintiff's Motion to Appoint Counsel, without prejudice.  If Plaintiff chooses to proceed in this action, he may re-file that motion when and if the court finds he has stated a federal claim upon which relief can be granted.

Based upon the foregoing,

**IT IS ORDERED** that:

1.  Plaintiff's Application to Proceed In Forma Pauperis (Dkt. #4) is HELD IN ABEYANCE.

2.  Plaintiff shall have thirty days from the entry of this order to withdraw his Application to Proceed In Forma Pauperis.  If he does not, the court will screen the complaint/Notice of Appeal pursuant to 28 U.S.C. § 1915, recommend dismissal for lack of jurisdiction, and order Plaintiff to pay the $350 filing fee.

/ / /

/ / /

/ / /

/ / /

/ / /

3.  Plaintiff's Motion to Appoint Counsel (Dkt. #2) is DENIED WITHOUT PREJUDICE.

Dated this 10th day of April, 2014.

_____

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE