UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RUSSELL YEAGER,<br><br>Petitioner,<br><br>v.<br><br>JAMES G. COX, et al.,<br><br>Respondents. | Case No. 2:13-cv-01358-MMD-PAL<br><br>ORDER |

Before the Court is Magistrate Judge Peggy A. Leen's Report and Recommendation ("R&R") (dkt. no. 8), regarding Plaintiff's Motion to Withdraw Plaintiff's Application to Proceed In Forma Pauperis (dkt. no. 7) ("Motion to Withdraw"). Plaintiff is a prisoner proceeding so se. The Magistrate Judge granted Plaintiff's Motion to Withdraw. In the R&R, the Magistrate Judge recommended that this case be closed. The Court finds good cause to adopt the Magistrate Judge's recommendation. This Clerk is instructed to close this case.

DATED THIS 22nd day of July 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE